UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AKIRA ASHIYAMA,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>SAMUEL M. GLINES, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-00222-APG-PAL<br><br>ORDER<br><br>(Emg Mot Serve – Dkt. #16) |

This matter is before the court on Plaintiff's Emergency Motion to Enlarge Time for Service on Defendant Jerrold Krystoff (Dkt. #16). A review of the record reflects that Plaintiff applied for and received an enlargement of time for service on Defendant Jerrold Krystoff the day before this case was removed, although the order was not included as an attachment with the removal papers. It appears that the removing defendant may not have received a copy of the order before the petition for removal was filed. For good cause shown,

**IT IS ORDERED** that Plaintiff's Emergency Motion to Enlarge Time for Service on Defendant Jerrold Krystoff (Dkt. #16) is **GRANTED** and Plaintiff shall have until **June 16, 2016**, to serve and file proof of service on Defendant Jerrold Krystoff.

DATED this 15th day of March. 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE