JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:     jblum@klnevada.com
            ssherman@klnevada.com

-and-

GARY M. SMITH, ESQ. - *Pro Hac Vice*
Missouri Bar No. 39323
ANNE R. KERNS, ESQ. - *Pro Hac Vice*
Missouri Bar No. 60014
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7600
Facsimile: (314) 612-7795
E-Mail:     gsmith@lewisrice.com
            akerns@lewisrice.com

*Attorneys for Defendants*
SAMUEL M. GLINES & JERROLD KRYSTOFF

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AKIRA ISHIYAMA,<br><br>                     Plaintiff,<br><br>vs.<br><br>SAMUEL M. GLINES, JERROLD KRYSTOFF, DOES I through XX and ROE BUSINESS ENTITIES I through XX,<br><br>                     Defendants. | CASE NO. 2:16-cv-00222-APG-PAL<br><br>**EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

COMES NOW Defendant Jerrold Krystoff, by and through his undersigned counsel, and for his Motion for Extension of Time to File an Answer or Other Responsive Pleading to Plaintiff's Complaint ("Motion") hereby states as follows:

1. Defendant Jerrold Krystoff ("Krystoff") was served on April 13, 2016. His response to Plaintiff's Complaint is due on May 4, 2016.

2. On May 3, 2016, Krystoff unsuccessfully attempted to file a responsive pleading with the Court on a pro se basis. As a result, on May 4, 2016, Krystoff contacted the undersigned counsel to represent him in this matter.

3. Krystoff requests that this Court grant him an additional seven (7) days up to and including May 11, 2016 to file an answer or other responsive pleading to Plaintiff's Complaint.

4. This is Defendant Krystoff's first request for an extension of time to file an answer or other responsive pleading.

5. Counsel called and emailed Plaintiff's counsel, Jeffrey Bendavid, Esq. today, to request a seven day extension to file a responsive pleading. Mr. Bendavid would not agree to stipulate to the extension. *See* **Exhibit A** attached hereto.

6. This request is made in good faith and is not submitted for any improper purpose.

WHEREFORE Defendant Jerrold Krystoff respectfully requests that this Court grant him an additional seven (7) days up to and including May 11, 2016 to file an answer or other responsive pleading to Plaintiff's Complaint.

DATED this 4th day of May, 2016.

                                                           **KOLESAR & LEATHAM**

By *Jonathan D. Blum, Esq.*
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400

-and-

GARY M. SMITH, ESQ. - *Pro Hac Vice*
Missouri Bar No. 39323
ANNE R. KERNS, ESQ. - *Pro Hac Vice*
Missouri Bar No. 60014
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101

*Attorneys for Defendants*

IT IS SO ORDERED this 10th day of May, 2016.

*[signature]*
Peggy A. Leen
United States Magistrate Judge