UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AKIRA ISHIYAMA,<br><br>                              Plaintiff,<br>v.<br>SAMUEL M. GLINES, et al.<br><br>                              Defendants. | Case No. 2:16-cv-00222-APG-PAL<br><br>ORDER<br><br>(Mot WD – Dkt. #28) |

Before the local counsel's and pro hac vice counsel's (collectively "Attorneys") Motion to Withdrawal [sic] as Counsel (Dkt. #28) for Defendant Jerrold Krystoff. The Attorneys state that despite a request and agreement to pay for Attorneys' legal fees, Defendant Krystoff has refused to pay those fees. As such, the Attorneys and Defendant Krystoff have reached an impasse and effective representation can no longer be accomplished. The Attorneys advise that withdrawal will not cause delay of discovery, trial or a hearing. An Answer (Dkt #24) was filed on behalf of Krystoff May 11, 2016. Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Attorneys' Motion to Withdraw as Counsel (Dkt. #28) for Defendant Jerrold Krystoff is **GRANTED.**

2. Defendant Jerrold Krystoff shall have until **July 7, 2016**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se,* that is, representing himself.

3. Defendant Jerrold Krystoff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter

*pro se* may result in the imposition of sanctions, which may include a recommendation to the district judge that a default judgment be entered against him.

4. The Clerk of the Court shall serve Defendant Jerrold Krystoff with a copy of this order at his last known address:

Jerrold R. Krystoff
550 S. Federal Highway
Ft. Lauderdale, FL  33301
jerry@hdgusa.com

DATED this 7th day of June, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2