**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

AKIRA ISHIYAMA,

    Plaintiff,

 v.

SAMUEL M. GLINES and JERROLD KRYSTOFF,

    Defendants.

Case No. 2:16-cv-00222-APG-PAL

**ORDER**

 IT IS ORDERED that the parties shall file a status report regarding settlement on or before September 28, 2016.

 DATED this 22nd day of September, 2016.

              _____
              ANDREW P. GORDON
              UNITED STATES DISTRICT JUDGE